United States District Court
Southern District of Texas
**ENTERED**
June 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Benchmark Electronics, Inc., et al,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-17-1219** |
| | § | |
| **Panasonic Corporation, et al,** | § | |
| **Defendants.** | § | |

## ORDER

In accordance with the Notice of Dismissal filed on June 22, 2017 (docket entry no. 65), this action is hereby dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 23rd day of June, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE